## STATE OF OREGON,
*Respondent,*

*v.*

## ARTHUR SCRIPTURE,
*Appellant.*

(84-87-CR; CA A32955)

705 P2d 1162

Stephen J. Williams, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for attempted rape of a three-year-old child. The sole claim of error is that the court admitted the testimony of a CSD caseworker reciting what the victim had told her. The issues raised are identical to those raised in *State v. Campbell,* 299 Or 633, 705 P2d 694 (1985). We reverse and remand for further proceedings as required by *Campbell.*

Reversed and remanded.